## Commonwealth v. Bellman, Appellant.

Submitted December 4, 1972. *David H. Kubert,* for appellant; *Ronald I. Rosen* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Bernola, Appellant.

Argued November 13, 1972. *John A. Havey,* with him *Roth & Herskovitz,* for appellant; *Joseph M. Stanichak,* Assistant District Attorney, with him *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Burnett, Appellant.

Submitted November 13, 1972. *Andrew D. Regule,* with him *Regule & Regule,* for appellant; *Robert F. Banks,* First Assistant District Attorney, and *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Order affirmed.